

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-20-00223-CV

**IN THE INTEREST OF J.I.L, J.B, AND J.B., CHILDREN**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-17-0000383
Honorable Cathy Morris, Judge Presiding

## O R D E R

The trial court signed a final order terminated appellant's parental rights on April 26, 2019. On April 16, 2020, appellant filed a letter with this court seeking to challenge the trial court's order.

An appeal of an order terminating parental rights is an accelerated appeal, and a notice of appeal seeking to challenge or appeal the order must be filed within twenty days after the date the order was signed. *See* TEX. R. APP. P. 26.1(b). Accordingly, appellant's notice of appeal was required to be filed in this court no later than May 16, 2019. Because the notice of appeal was untimely filed, appellant is ORDERED to show cause in writing within two weeks from the date this order is signed why this appeal should not be dismissed for lack of jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). All other appellate deadlines are suspended pending our resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court